KAMER ZUCKER ABBOTT
Jen J. Sarafina                                    #9679
Kaitlin H. Paxton                               #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel. (702) 259-8640
Fax (702) 259-8646
jsarafina@kzalaw.com
kpaxton@kzalaw.com

Attorneys for Defendant
Coast Hotels and Casinos, Inc. d/b/a
Suncoast Hotel and Casino

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNA RAPOVY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SUNCOAST HOTEL AND CASINO, a Nevada corporation; AND DOES 1-50, inclusive.<br><br>　　　　　　Defendant. | Case No. 2:22-cv-01240-JAD-BNW<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES**<br><br>***(First Request)*** |

　　　　Plaintiff Anna Rapovy ("Plaintiff") and Defendant Coast Hotels and Casinos, Inc. d/b/a Suncoast Hotel and Casino ("Suncoast"), by and through their respective counsel of record, stipulate and request that the Court extend the deadline for the Suncoast's response to Plaintiff's First Amended Complaint from the current deadline of August 23, 2022, up to and including September 13, 2022. In support of this Stipulation and Request, the parties state as follows:

　　　　1.　　Defendant Suncoast was served with the Summons and Complaint in this matter on August 3, 2022, and the Summons. Plaintiff then filed her First Amended Complaint on August 8, 2022. Thus, Suncoast's response to the First Amended Complaint due by August 23, 2022.

　　　　2.　　Counsel for both parties have conferred regarding Suncoast's request for an extension of time, and Plaintiff's counsel has indicated she has no objection to this request.

/ / /

/ / /

3. This request is being brought in good faith and is not sought for any improper purpose or other purpose of delay. This request is brought only to provide Suncoast's counsel with sufficient time to review and respond to Plaintiff's First Amended Complaint.

WHEREFORE, the parties respectfully request that the Court extend the deadline for Defendant Coast Hotels and Casinos, Inc. d/b/a Suncoast Hotel and Casino to respond to Plaintiff's First Amended Complaint, up to and including September 13, 2022.

DATED this 23rd day of August, 2022.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/Caryn R. Schiffman | /s/Kaitlin H. Paxton |
| Daniel R. Watkins, Esq.         #11881 | Jen J. Sarafina, Esq.         #9679 |
| Caryn R. Schiffman, Esq.     #14610 | Kaitlin H. Paxton, Esq.     #13625 |
| WATKINS & LETOFSKY, LLP | KAMER ZUCKER ABBOTT |
| 8935 South Pecos Road, Suite 22A | 3000 West Charleston Boulevard, Suite 3 |
| Henderson, Nevada 89074 | Las Vegas, Nevada 89102 |
| Tel: (702) 901-7553 | Tel: (702) 259-8640 |
| Fax: (702) 974-1297 | Fax: (702) 259-8646 |
| Attorney for Plaintiff | Attorneys for Defendant |
| Anna Rapovy | Coast Hotels and Casinos, Inc. d/b/a Suncoast Hotel and Casino |

## **ORDER**

**IT IS SO ORDERED**

**DATED:** 1:11 pm, August 24, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**