KAMER ZUCKER ABBOTT
Carol Davis Zucker           #2543
Kaitlin H. Paxton            #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel. (702) 259-8640
Fax (702) 259-8646
czucker@kzalaw.com
kpaxton@kzalaw.com

Attorneys for Defendant
Coast Hotels and Casinos, Inc. d/b/a
Suncoast Hotel and Casino

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANNA RAPOVY, | Case No. 2:22-cv-01240-JAD-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR STAY OF MATTER** |
| COAST HOTELS AND CASINOS, INC. d/b/a SUNCOAST HOTEL AND CASINO, a Nevada corporation; AND DOES 1-50, inclusive. | ***(First Request)*** |
| | ECF No. 26 |
| Defendants. | |

Pursuant to LR IA 6-1 and LR 26-3, Plaintiff Anna Rapovy ("Plaintiff") and Defendant Coast Hotels and Casinos, Inc. d/b/a Suncoast Hotel and Casino ("Suncoast"), by and through their respective counsel of record, stipulate and request that the Court stay this matter, including its dispositive motion deadlines and other related deadlines in the Discovery Plan and Scheduling Order [ECF Nos. 17, 21, and 25] by forty-five (45) days, as outlined herein, as the parties attempt to finalize their settlement agreement or file respective motions to withdraw and compel the settlement agreement if Plaintiff cannot be reached. In support of this Stipulation and Request, the parties state as follows:

/ / /

/ / /

**Discovery History**

1. Defendant Suncoast was served with the Summons and Complaint [ECF. No. 1] in this matter on August 3, 2022. Following amendments to the Complaint [ECF Nos. 6 and 13] and a stipulated extension of time for Suncoast to respond [ECF No. 9], Suncoast timely filed its Answer on September 22, 2022 [ECF No. 14].

2. The parties' Discovery Plan and Scheduling Order was approved by this Court on October 21, 2022 [ECF No. 17]. The Discovery Plan and Scheduling Order provided for the standard 180 days for discovery and set a discovery cutoff of March 21, 2023.

3. The parties' first request for an extension was granted on February 27, 2023 [ECF No. 21], which set a new discovery cutoff of May 22, 2023. This extension was largely based on the internal substitution of Plaintiff's counsel within the same firm and Suncoast's need for additional time to subpoena employment records and request medical records.

4. The parties' second request for an extension was granted on May 19, 2023 [ECF No. 25], which set a new discovery cutoff of July 21, 2023 and a dispositive motion deadline of August 21, 2023. This extension was due to delays in third-party records, a loss in Plaintiff's family resulting in the postponement of her deposition, Defendant's need for additional time to complete its review of requests email correspondence, and an internal substitution of Defendant's counsel within the same firm.

5. On June 14, 2023, one week prior to the deadline for Defendant to respond to Plaintiff's discovery requests, Plaintiff's counsel proposed the parties stipulate to dismiss the case with prejudice, with each party bearing its own costs and fees. While Defendant considered the offer, the parties agreed to stay Defendant's deadline to respond to Plaintiff's discovery requests.

6. On June 20, 2023, Defendant's counsel requested that a general release of claims be included as part of the settlement. Plaintiff's counsel requested a draft to provide to their client for review. A draft general release of claims was provided to Plaintiff on June 23, 2023.

7. Defendant's counsel asked for status updates on the review, and Plaintiff's counsel responded that they were waiting for Plaintiff to have the release notarized on July 18, 2023.

8. Since then, Plaintiff has stopped responding to Plaintiff's counsel, leaving the parties unable to finalize the general release and stipulation to dismiss the matter at this time.

9. Plaintiff's counsel intends to file a motion to withdraw as counsel if they cannot reach Plaintiff, and Defendant intends to file a motion to compel the settlement agreement. However, should the motion be denied, Defendant wishes to maintain its ability to file a dispositive motion.

10. This request is being brought in good faith, jointly by the parties, and is not sought for any improper purpose or other purpose of delay. This request is brought only to provide the parties sufficient time to finalize the agreed upon general release and stipulation for dismissal or to file motions in the event they cannot do so.

11. The parties agree to stay this matter for forty-five days for up to and including **October 5, 2023**, to allow Plaintiff's counsel additional time to contact Plaintiff and/or file a motion to withdraw and to allow Defendant's counsel to file a motion to compel arbitration if Plaintiff's counsel cannot make contact with Plaintiff.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

12. If the parties do not reach finalize their agreement by the deadline and no other schedules have been issued pursuant to the parties' motions, the parties will file a new deadline for their dispositive motions and other related deadlines by **October 12, 2023**.

DATED this 21$^{rst}$ day of August, 2023.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/Melinda M. Weaver | /s/ Kaitlin H. Paxton |
| Daniel R. Watkins, Esq.  #11881 | Carol Davis Zucker, Esq.  #2543 |
| Melinda M. Weaver, Esq.  #11481 | Kaitlin H. Paxton, Esq.  #13625 |
| WATKINS & LETOFSKY, LLP | KAMER ZUCKER ABBOTT |
| 8935 South Pecos Road, Suite 22A | 3000 West Charleston Boulevard, Suite 3 |
| Las Vegas, Nevada 89074 | Las Vegas, Nevada 89102 |
| Tel: (702) 901-7553 | Tel: (702) 259-8640 |
| Fax: (702) 974-1297 | Fax: (702) 259-8646 |
| Attorney for Plaintiff Anna Rapovy | Attorneys for Defendant Coast Hotels and Casinos, Inc. d/b/a Suncoast Hotel and Casino |

**IT IS SO ORDERED.** This case is STAYED until October 12, 2023.

8/29/23

**DATE**                                              **UNITED STATES DISTRICT JUDGE**